DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARFIELD S. JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-138

[May 9, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 06-7759 CF10A.

Garfield S. Jones, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Thomas v. Dugger,* 548 So. 2d 230 (Fla. 1989); *IndyMac Fed. Bank FSB v. Hagan,* 104 So. 3d 1232, 1236 (Fla. 3d DCA 2012).

GERBER, C.J., WARNER and CIKLIN, JJ., concur.

\*    \*    \*

*Not final until disposition of timely filed motion for rehearing.*